IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUANE A. SINGLETON, | ) | No. C 10-3986 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| Defendants. | ) | |

The Court has dismissed the instant action.  A judgment of dismissal without prejudice is entered.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED:  12/17/2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\PRO-SE\SJ.LHK\CR.10\Singleton986jud.wpd